IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:19-CV-255-H

| | |
|---|---|
| TIFFANY M. DEAVER, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>) **ORDER**<br>WOODBURY WELLNESS CENTER, )<br>KYNA ROSE, JUDITH BULLARD, )<br>AMANDA MILLS, and DONNA )<br>SAWYER, )<br>)<br>Defendants. ) | |

This matter is before the court for frivolity review. United States Magistrate Judge Kimberly A. Swank filed an Order and Memorandum and Recommendation ("M&R") ordering that plaintiff's motion to proceed in forma pauperis be granted and recommending that the complaint be dismissed in part. No objections have been filed, and the time for doing so has expired.

A full and careful review of the M&R and other documents of record convinces the court that the recommendation of the magistrate judge is, in all respects, in accordance with the law and should be approved.

Accordingly, the court adopts the recommendation of the magistrate judge as its own and for the reasons stated therein, plaintiff is allowed to proceed on her Title VII and ADA claims against defendant Woodbury Wellness Center; plaintiff is allowed to proceed on her REDA claims against each of the defendants; and plaintiff's Title VII and ADA claims against defendant Kyna Rose, Judith Bullard, Amanda Mills, and Donna Sawyer are dismissed as frivolous or for failure to state a claim.

This **9** day of November 2020.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26