UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TIFFANY M. DEAVER | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 7:19-CV-255-FL |
| WOODBURY WELLNESS CENTER | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 5, 2021, and for the reasons set forth more specifically therein, the court GRANTS defendant's motion to dismiss.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 5, 2021, that by plaintiff's failure to timely file motion to amend her complaint, as allowed by order of the court entered August 5, 2021, the court dismisses the complaint.

**This Judgment Filed and Entered on September 23, 2021, and Copies To:**
Charles Tucker / Faith R. Fox  (via CM/ECF Notice of Electronic Filing)
Kaitlin C. Dewberry / Nia Doaks  (via CM/ECF Notice of Electronic Filing)

September 23, 2021          PETER A. MOORE, JR., CLERK

                             /s/ Sandra K. Collins
                            (By) Sandra K. Collins, Deputy Clerk